BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8931
     Facsimile: (415) 744-0134
     E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARGARET MARTINEZ, | Case No.: 1:14-CV-01548-SMS |
| Plaintiff, | REQUEST AND ORDER TO REMOVE DOCUMENT #13 FROM DOCKET |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

     Defendant respectfully requests that the court remove Document #13 from the docket in this case. Defendant inadvertently filed this document and it contains confidential information. Defendant sincerely apologizes for this error.

Dated: April 22, 2015         Respectfully submitted,

                              By:   */s/ Chantal R. Jenkins*
                                   CHANTAL R. JENKINS
                                   Special Assistant United States Attorney

Request and Proposed Order to Remove Document #13 from Docket; 1:14-cv-01548-SMS

## ORDER

APPROVED AND SO ORDERED:

Dated: 4/22/2015                    /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE