JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MARTINEZ,           )<br>                              )<br>   Plaintiff,                 )<br>                              )<br>                              )<br>                              )<br>v.                            )<br>                              )<br>CAROLYN W. COLVIN,            )<br>Acting Commissioner of        )<br>Social Security,              )<br>                              )<br>   Defendant,                 )<br>                              )<br>_____) | Case No. 1:14-CV-01548-SMS<br><br>**STIPULATION AND ORDER**<br>**FOR EXTENSION OF TIME**<br>**TO FILE OPENING BRIEF** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to June 22, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel recently experienced health problems that caused a backlog in her workload, which counsel is in the process of resolving.

**Martinez v. Colvin**                                              Stipulation and Proposed Order
**E.D. Cal. 1:14-cv-01548-SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                  Respectfully submitted,

Date:  May 21, 2015                     JACQUELINE A. FORSLUND
                                        Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff


Date:  May 21, 2015                     BENJAMIN J. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration


                                          */s/\*Chantal R. Jenkins*
                                          CHANTAL R. JENKINS
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant


                                      <u>ORDER</u>

     APPROVED AND SO ORDERED


DATED:  <u>5/19/2015</u>                   /s/ SANDRA M. SNYDER
                                       UNITED STATES MAGISTRATE JUDGE