JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone: 541-419-0074
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MARTINEZ, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant, )<br>)<br>_____) | Case No. 1:14-CV-01548-SMS<br><br>**STIPULATION AND ORDER**<br>**FOR EXTENSION OF TIME**<br>**TO FILE OPENING BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 15 days to July 7, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second and last request for an extension. The extension is requested because Plaintiff's counsel is experiencing a backlog in her workload.

    The parties further stipulate that the Court's Scheduling Order be modified accordingly.

**Martinez v. Colvin**                                                                                                       Stipulation and Proposed Order
**E.D. Cal. 1:14-cv-01548-SMS**

                        Respectfully submitted,

Date:  June 15, 2015                    JACQUELINE A. FORSLUND
                                            Attorney at Law

                        */s/Jacqueline A. Forslund*
                        JACQUELINE A. FORSLUND

                        Attorney for Plaintiff


Date:  June 16, 2015                    BENJAMIN J. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                        */s/\*Chantal R. Jenkins*
                        CHANTAL R. JENKINS
                        Special Assistant United States Attorney
                        *By email authorization

                        Attorney for Defendant


                                            <u>ORDER</u>

          APPROVED AND SO ORDERED

DATED:  <u>6/17/2015</u>                    <u>/s/ SANDRA M. SNYDER         </u>
                                            UNITED STATES MAGISTRATE JUDGE