# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:14-cv-01548-SAB<br><br>ORDER REMANDING ACTION FOR PAYMENT OF BENEFITS<br><br>(ECF No. 30) |

Plaintiff Margaret Martinez ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. On March 9, 2016, the magistrate judge issued an order affirming the agency's denial of benefits and judgment was entered on behalf of the Commissioner.[1] (ECF Nos. 24, 25.) Plaintiff filed a notice of appeal on April 22, 2016. (ECF No. 26.) On December 7, 2017, the Ninth Circuit Court of Appeals issued a decision reversing the decision of the District Court and remanding the action for payment of benefits; and the matter was reassigned to the undersigned. (ECF No. 30.) On January 29, 2018, the mandate issued. (ECF No. 31.)

Accordingly, IT IS HEREBY ORDERED that this action is REMANDED for payment of benefits. It is FURTHER ORDERED that judgment be entered in favor of Plaintiff Margaret

---

[1] The parties have consented to the jurisdiction of the United States Magistrate Judge. (See ECF Nos. 8, 9.)

1

Martinez and against Defendant Commissioner of Social Security. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **January 31, 2018**

_____
UNITED STATES MAGISTRATE JUDGE